The People of the State of New York, Respondent, *v.* Joseph Richetsky, Appellant.

Submitted November 10, 1947; decided November 20, 1947.

*Charles P. Sullivan,* District Attorney (*Victor Levin* of counsel), opposed.

Motion denied upon the ground that no appeal can be taken to this court.